due damages &c. . . . The Jury . . . found for the plaint. the Forfiture of the bond being. £.243:02:0. mony & costs of Court. The Court on request of the Def$^t$ and hearing of the plaint. chancered this Forfiture to one hundred twenty one pound eleven Shillings mony & costs of Court.

### HENCHMAN agt. MEADER

Cap$^t$ Daniel Henchman plaint. ag$^t$ John Meader Defend$^t$ The plaint. withdrew his action. [460]

### HUDSON agt. RUMMIN.

Cap$^{tn}$ William Hudson plaint. ag$^t$ John Rummin Defend$^t$ The plaint. was nonSuted upon non appearance.

### DEANE ag$^t$ WHITING

Thomas Deane assigne of Robert Noakes plaint. ag$^t$ Joseph Whiting Defend$^t$ The plaint. withdrew his action.

### LEVERETT agt. LAWRENCE

Hudson Leverett assigne of William Phillips Senio$^r$ plaint. ag$^t$ Nicholas Lawrence Def$^t$ in an action of debt of fourteen pound in mony due by bill under his hand bearing date the. 25th of January. 1676. with all other due damages etc. . . . The Jury . . . found for the plaint. Eight pounds mony and costs of Court allow$^d$ twenty two Shillings.

Execucion issued aug$^o$ 7$^o$ 1677.

